# UNITED STATES DISTRICT COURT
for the
District of Delaware ▾

_____ Division

| | | |
|---|---|---|
| Kari Lynn Overington | ) | Case No. 21-1133 |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| | ) | Jury Trial: *(check one)* ☐ Yes ☒ No |
| -v- | ) | |
| Levi Fisher, Dover General Manager DMV | ) | |
| Jana Simpler, Director Delaware DMV | ) | |
| Nicole Majeski, Secretrary Delaware DOT | ) | |
| *Defendant(s)* | ) | |

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kari Lynn Overington |
| Street Address | 26176 Bay Manor Drive |
| City and County | Milton, Sussex |
| State and Zip Code | Delaware, 19968 |
| Telephone Number | 410-960-9127 |
| E-mail Address | kari.lynn.overington@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Levi Fisher |
| Job or Title *(if known)* | General Manager |
| Street Address | 303 Transportation Circle |
| City and County | Dover, Kent |
| State and Zip Code | Delaware, 19901 |
| Telephone Number | 302-744-2715 |
| E-mail Address *(if known)* | levi.fisher@delaware.gov |

Defendant No. 2

| | |
|---|---|
| Name | Jana Simpler |
| Job or Title *(if known)* | Director |
| Street Address | 303 Transportation Circle |
| City and County | Dover, Kent |
| State and Zip Code | Delaware, 19901 |
| Telephone Number | 302-744-2715 |
| E-mail Address *(if known)* | jana.simpler@delaware.gov |

Defendant No. 3

| | |
|---|---|
| Name | Nicole Majeski |
| Job or Title *(if known)* | Secretary |
| Street Address | 800 Bay Road |
| City and County | Dover, Kent |
| State and Zip Code | Delaware, 19901 |
| Telephone Number | 302-760-2000 |
| E-mail Address *(if known)* | nicole.majeski@delaware.gov |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 U.S. Code § 1983 - Civil action for deprivation of rights
28 U.S. Code § 1331 - Federal question
28 U.S. Code § 1343 - Civil rights
28 U.S. Code § 2201-2202 - Declaratory Judgment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I, Plaintiff Kari Overington, a recent survivor of an aggressive form of breast cancer, reserved the vanity license plate "FCANCER" through the DMV online reservation process on December 2, 2020. I appeared in person on January 6, 2021 at the Dover DMV office to complete the approval process and purchase of my vanity plate. My vanity plate was deliered by the USPS on February 3, 2020. When I paid for my vanity plate on January 6, 2021 I became the owner of that plate according to Delaware Regulation Administrative Code Title 2 Section 2285 (6.1) "A vanity plate shall be the property of the owner as long as the owner pays the renewal fee for such plate.
See attached additional pages

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Declare Delaware Administrative Code Title 2 Section 2285(1.1, 1.2, 1.3, 1.7) unconstitutional under the First Amendment.

Direct the Delaware DMV to reinstate my "FCANCER" vanity tag immediately and enjoin the Defendents and through them all other persons working for the Department of Transportation and Department of Motor Vehicles from continuing to deny, refuse or recall vanity license plates based on the current unconstitutional Administrative Codes listed above.

Award Plaintiff their costs including reasonable attorneys' fees.

Grant such other relief that this court deems just and proper.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-4-2021

Signature of Plaintiff     *[signature]*
Printed Name of Plaintiff   Kari Lynn Overington

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## III. Statement of Claim continued

The named Defendants in their official capacity as agents for the Delaware Department of Transportation (DOT) and Delaware Department of Motor Vehicles (DMV) violated my First Amendment rights by recalling my vanity plate and imposing content-based and viewpoint-based restrictions on my speech.

In a letter dated June 23, 2021, Defendant Levi Fisher notified me that the DMV was recalling my license plate "FCANCER" because it "does not represent the State and the Division in a positive manner" and "any plate considered offensive in nature will be denied or recalled if issued in error". These statements highlight the subjective nature of the vanity plate process and Defendant Fishers judgement about the meaning of "FCANCER" without taking into consideration the meaning supplied by me during the application process.

In an email dated July 12, 2021, Defendant Nicole Majeski confirmed my vanity has been recalled and responded to my concerns by stating "we also must ensure that we are not approving vanity plates that contain obscenity, vulgarity, profanity, hate speech or fighting words. Your vanity plate FCANCER contains a perceived profanity, the abbreviation for the work "F*@k", and for that reason, it must be recalled." These statements show that regardless of the actual meaning of my "FCANCER" vanity plate, the DMV has perceived profanity and are therefore are basing their decision on their perception of the content of my vanity plate message.

In an email dated July 22, 2021, Defendant Jana Simpler confirmed my vanity has been recalled and responded to my concerns by stating "the word "F*@k"...remains within the definition of profanity, such that it is not appropriate for depiction on a license plate issued by the State of Delaware." This statement is false, my vanity plate does not contain the work "FUCK", my vanity plate says "FCANCER". Defendant Simpler is drawing a subjective conclusion and enforcing an arbitrary decision that "FCANCER" is not appropriate for depiction on a license plate issued by the State of Delaware while at the same time there are many other acceptable vanity plates on vehicles right now that in my own subjective opinion could be considered not appropriate.