# Exhibit 1

**DOVER**
P. O. Box 698
Dover, DE 19903
(302) 744-2500

**GEORGETOWN**
23737 DuPont Blvd.
Georgetown, DE 19947
(302) 853-1000



**STATE OF DELAWARE**
*DEPARTMENT OF TRANSPORTATION*
DIVISION OF MOTOR VEHICLES

**DELAWARE CITY**
2101 Mid County Drive
New Castle, DE 19720
(302) 326-5000

**WILMINGTON**
2230 Hessler Blvd.
New Castle, DE 19720
(302) 434-3200

**NICOLE MAJESKI**
SECRETARY

**JANA SIMPLER**
DIRECTOR

June 23, 2021, 2021

Kari Overington
26176 Bay Manor Road
Milton, DE 19968

Subject: Vanity Plate – FCANCER

Dear Ms. Overington,

    The Division has conducted a review of vanity plates and has determined the vanity plate you ordered, "FCANCER", does not represent the State and the Division in a positive manner. The issuance of vanity plates is subject to the Division rules and standards and as such, the Division has final approval on any vanity plate issued. Any plate considered offensive in nature will be denied or recalled if issued in error. Therefore, the Division of Motor Vehicles requests that you return the tag to any Division location within 30 days of this letter. If we do not receive the plate within 30 days, the Division will remove the vanity from your registration. Once we receive the plate, we will put through a request for a refund for the vanity plate and a new registration will be issued.

    Thank you for your cooperation in this manner.

Respectfully,

Levi Fisher
Dover General Manager
Division of Motor Vehicles

