# Exhibit 4



**From:** KARI OVERINGTON <kari.lynn.overington@gmail.com>
**Sent:** Monday, July 19, 2021 11:24 PM
**To:** Majeski, Nicole (DelDOT)
**Subject:** Re: Please Help

Good Evening

I am reaching out to confirm that there are no other appeal processes open to me in regards to my FCANCER vanity tag.  I want to point out that of the thousands of words in the English language that start with the letter F, including FREEDOM, my tag is being recalled because of the idea that it may stand for the word Fuck.  And let's be honest, what does it matter if that is what the F stands for, my tag does not actually say the word. I'd like to ask you to visit the website https://www.letsfcancer.com which is the site for Fuck Cancer a 501 (c)3 nonprofit, and one of the charities I will be raising money for if I have to start a social media campaign to keep my tag and raise awareness.

I am still waiting for the information from my FOIA request, but through my own research on the DMV website Vanity Search and Reservation tool I was able to find several plates that contain "perceived profanity" or implied profanity that are currently on the roads in Delaware, two examples attached.  I am not pointing this out because I want anyone else to go through what I am going through, but to point out the arbitrary nature of the identification of "perceived profanity".  I also want to point out that DelDOT uses implied profanity in their own signs.  Specifically the "Get your head out of your Apps (ASS)" and "Oh Cell (HELL) No" variable message signs.

If there are any other appeal options available to me please let me know what they are so I can follow through.  If there are no other appeal options open to me and the decision to recall my plate is considered final please confirm that for me so I can provide that information to the ACLU and any attorney I end up working with.

Thank you for your time and please don't hesitate to call (410-960-9127) or email me if you would like to discuss this further.

Kari Overington

1



On Wed, Jul 14, 2021 at 1:43 PM Majeski, Nicole (DelDOT) <Nicole.Majeski@delaware.gov> wrote:

Dear Ms. Overtington,

Our FOIA Coordinator will be in touch with you shortly regarding your FOIA requests.

I have also forwarded your email over to the Governor's Office.

Thank you,

2

Nicole

---

**From:** KARI OVERINGTON <kari.lynn.overington@gmail.com>
**Sent:** Tuesday, July 13, 2021 1:32 AM
**To:** Majeski, Nicole (DelDOT) <Nicole.Majeski@delaware.gov>
**Cc:** Simpler, Jana (DelDOT) <Jana.Simpler@delaware.gov>
**Subject:** Re: Please Help

Good Evening

I am incredibly disappointed and a little heartbroken after reading your reply.  It has been my desire from the start to handle this quietly "in house" so to speak, unfortunately it seems that is not going to be possible.  I submitted two FOIA requests for a list of approved vanity plates in Delaware and I have not heard back about either of them. Are you able to check their status?

In my limited correspondence with state Senators and Representatives, I have received positive feedback and I believe that more than a few of them would agree with the below statement, which although the cases in question were about Trademark law, they were later used as precedent in cases about vanity plates.

From https://knowledge.wharton.upenn.edu/article/supreme-court-profanity-ruling/ "In both cases, the high court ruled in favor of the applicants because **profanity is subjective**. Although the decision was split, all justices agreed that the disparagement provision "violated the First Amendment because it discriminated on the basis of viewpoint." In other words, **government bureaucrats shouldn't be allowed to decide what they think is offensive language**."

Would you be able/willing to take my request to keep my vanity tag to Governor Carney? In other states the Governor has gotten involved in these cases and the person was able to keep their vanity tags.  I'd be disappointed if Governor Carney was not willing to at least consider stepping in, especially given his work with the Delaware Cancer Consortium and his connection to Beau Biden and the entire Biden family.

Thank you for taking the time to review my requests and I am looking forward to your response.

Kari Overington

On Mon, Jul 12, 2021 at 1:44 PM Majeski, Nicole (DelDOT) <Nicole.Majeski@delaware.gov> wrote:

Dear Ms. Overington,

Again, thank you for emailing me regarding your vanity plate. I did have had the opportunity to discuss with our Director of DMV, as well as consult with our legal counsel.

Unfortunately, our staff approved your vanity plate in error and we must proceed with recalling your plate.

While Delaware Regulation 2285 provides guidance on the process of obtaining and approving a vanity plate, we also must ensure that we are not approving vanity plates that contain obscenity, vulgarity, profanity, hate speech or fighting words. Your vanity plate FCANCER contains a perceived profanity, the abbreviation for the word "F*@k", and for that reason, it must be recalled. The letter sent to you should have explained that more clearly. I apologize that this was not flagged when you initially requested the vanity plate and that an oversight was made by our staff when it was issued.

We are happy to work with you to come up with a different vanity plate if you choose.

I am truly sorry for the inconvenience and distress this has caused.

Nicole

From: KARI OVERINGTON <kari.lynn.overington@gmail.com>
Sent: Friday, July 9, 2021 8:56 PM
To: Majeski, Nicole (DelDOT) <Nicole.Majeski@delaware.gov>
Subject: Re: Please Help

Good evening, I'm just following up to see if you've had an opportunity to speak with the DMV Director about my request.

Thank you for taking the time to help me.

4

Kari

On Thu, Jul 1, 2021, 8:13 AM Majeski, Nicole (DelDOT) <Nicole.Majeski@delaware.gov> wrote:

Hi Kari,

Thank you for your email.  I will discuss with the Director of DMV and get back to you.

Nicole

From: KARI OVERINGTON <kari.lynn.overington@gmail.com>
Sent: Wednesday, June 30, 2021 7:28 PM
Subject: Please Help

Good Evening

I am reaching out to you today in response to the attached letter which I received on Monday June 28, 2021.  This letter was very upsetting to me and I am reaching out to you and asking for your help in resolving this matter.  As you can see in the attached letter, my vanity license plate which says "FCANCER" is being recalled because it "does not represent the State and the Division in a positive manner" and "Any plate considered offensive in nature will be denied or recalled if issued in error".  I was diagnosed with an aggressive form of breast cancer (BRCA1, triple-negative, grade 3 invasive ductal carcinoma, stage 2b) in 2018 when I was 37 years old.   I am a cancer survivor, and while I also find the word cancer offensive I do not believe that is the reason my plate is being recalled.

On Tuesday June 29, 2021 I contacted the phone number listed in Delaware Regulation 2285 Section 1.3 for the Dover Registration Supervisor, in regards to appealing the decision in the attached letter, since the letter did not contain any information about the appeals process.  I did not take down the name of the person I spoke to, but I am certain he was not the supervisor because he had to put me on hold to get more information.  He advised me that the decision was final and there was no appeals process.  I was very upset by this brush off and asked him if there was anyone else I could speak to because I wanted to handle this nicely and did not want to have to escalate to the level I am at now.  Needless to say you are receiving this correspondence because he was unable to escalate my phone call or provide me any other means of resolving my dispute.

I reserved my vanity plate online on December 2, 2020 and received an email saying my vanity plate was on hold and I had to complete my purchase in person which I did on January 6, 2021 at the Dover DMV.  My plates arrived in the mail the first week of February 2021 and have been on my car ever since. My vanity plate receives positive feedback everywhere I go, and I have had more than a few deep conversations with complete strangers about my cancer and

5

how cancer has touched their lives because of it.  The community of cancer warriors, cancer survivors, and those who love them is far reaching and very supportive.

Once I got over the shock of the letter from the DMV and the brush off I received when I called I did additional research.  I have submitted a FOIA request for a listing of all approved vanity plates in the state of Delaware, because one of the first things I noticed after I was told my plate was being recalled was how many other equally "offensive" plates that don't "represent the State and the Division in a positive manner" are on the roads.  I don't mention this because I believe others should have their plates recalled, but to point out the subjective nature of the process.  There have been rulings in several court cases in recent years, including a 2020 case in California and a 2021 case in Rhode Island, that not only addressed the issue of free speech as it applies to vanity tags, but also that regulations governing the issuance of vanity tags must be "viewpoint neutral".

Delaware Regulation 2285 Section 1.1 states in part "Motor vehicle specialists must be extremely careful when issuing vanity license plates to ensure obscene plates are not issued".  I have consulted information available on the Cornell Law School website in regards to the legal definition of "obscene" and found the following:

"Currently, obscenity is evaluated by federal and state courts alike using a tripartite standard established by Miller v. California. The Miller test for obscenity includes the following criteria: (1) whether 'the average person, applying contemporary community standards' would find that the work, 'taken as a whole,' appeals to 'prurient interest' (2) whether the work depicts or describes, in a patently offensive way, sexual conduct specifically defined by the applicable state law, and (3) whether the work, 'taken as a whole,' lacks serious literary, artistic, political, or scientific value."

Using the above standards it is my belief that "the average person" would not find my FCANCER vanity tag to be obscene and I hope you agree.

I appreciate that you have taken the time to read this correspondence and the attached letter from the DMV and I am grateful for anything you can do to help me convince the DMV to reverse their decision and allow me to keep my tag.  Please do not hesitate to call or email me back if you have any questions or suggestions for my next course of action.


Sincerely,

Kari Lynn Overington, MBA

410-960-9127


Here are links to the items quoted above and other relevant information for your reference

https://regulations.delaware.gov/AdminCode/title2/2000/2200/Vehicle/2285.pdf

https://www.law.cornell.edu/wex/obscenity

https://apnews.com/article/freedom-of-speech-california-us-news-san-francisco-oakland-ea43f5c5105177293254b8e6cdc13341

https://www.providencejournal.com/story/news/local/2021/02/22/ri-vanity-plates-stalled-fkgas-court-case/4509964001/

https://ilr.law.uiowa.edu/print/volume-106/vanity-lawfare-vanity-license-plates-and-the-first-amendment/

https://www.delawareonline.com/story/news/2020/02/11/it-always-cracks-us-up-delaware-drivers-talk-their-vanity-plates/2855504001/