IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
JAN - 6 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

KARI LYNN OVERINGTON,

    Plaintiff,

vs.

LEVI FISHER, et al.,

    Defendants

Case No.: 21-1133 RGA

**PLAINTIFF'S MOTION TO AMEND DEFENDANTS'**

I, Plaintiff Kari Overington, respectfully request to amend the original complaint so that the Defendants are correctly identified as follows:

1. Amend Defendant Levi Fisher to: Levi Fisher, In his Official Capacity as the Dover General Manager of the Delaware Department of Motor Vehicles
2. Amend Defendant Jana Simpler to: Jana Simpler, In her Official Capacity as the Director of the Delaware Department of Motor Vehicles
3. Amend Defendant Nicole Majeski to: Nicole Majeski, In her Official Capacity as the Secretary of the Delaware Department of Transportation

I respectfully request that this Honorable Court accept this amendment to the original complaint.

Kari Lynn Overington
26176 Bay Manor Drive
Milton, DE 19968
kari.lynn.overington@gmail.com
410-960-9127