## IN THE DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI LYNN OVERINGTON, ) | |
| ) | Civil Action No. 21-1133-RGA |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEVI FISHER, et al., ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

Please enter the appearance of Dwayne Bensing, Legal Director of the ACLU of Delaware, as counsel for Plaintiff, Kari Overington, in the above-captioned matter.

/s/ Dwayne Bensing
Dwayne Bensing, Legal Director (#6754)
ACLU Delaware
100 W. 10 Street, Suite 706
Wilmington DE 19801
Telephone: (202) 445-1409
Email: dbensing@aclu-de.org

*Attorneys for Plaintiffs*

Dated: August 5, 2022

## **CERTIFICATE OF SERVICE**

      I, Dwayne Bensing, Legal Director, hereby certify on this day of August 5, 2022, that a true and correct copy of the attached *Entry of Appearance* was e-filed via CM/ECF to all counsel of record.

                        */s/ Dwayne Bensing*
                        Dwayne Bensing, Legal Director (ID #6754)