IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI LYNN OVERINGTON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 21-1133-RGA |
| | : |
| LEVI FISHER, et al., | : |
| | : |
| Defendants. | : |

**ORDER**

At Wilmington this 8th day of August, 2022,

IT IS ORDERED that:

Amicus counsel is no longer necessary, Dwayne Bensing, Legal Director of ACLU Delaware having entered his appearance on behalf of Plaintiff on August 5, 2022.

    /s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE