### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI LYNN OVERINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1133 RGA |
| | ) |
| | ) |
| LEVI FISHER, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that Defendants Levi Fisher, Delaware Division of Motor Vehicles Director Jana Simpler and Secretary of the Delaware Department of Transportation Nicole Majeski, caused to be served via email copies of their Answers to Plaintiff's Interrogatories and Responses to Plaintiff's Requests for Production upon the following counsel of record:

    Dwayne J. Bensing, Esquire
    ACLU of Delaware
    100 W. 10th Street
    Wilmington, DE 19801

    Theresa E. Loscalzo, Esquire
    Arleigh P. Helfer, III, Esquire
    Alison R. Gutierrez, Esquire
    Schnader Harrison Segal & Lewis, LLP
    1600 Market Street, Suite 3600
    Philadelphia, PA 19103

                                              **STATE OF DELAWARE**
                                              **DEPARTMENT OF JUSTICE**

                                              */s/ George T. Lees III*
                                              George T. Lees III (I.D. #3647)
                                              Deputy Attorney General for DelDOT
                                              Department of Transportation
                                              800 South Bay Road
                                              Dover, DE  19901
                                              (302) 760-2022
                                              *Attorney for Defendants*
                                              George.Lees@Delaware.gov

Dated: January 24, 2023