IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KARI LYNN OVERINGTON | ) | Civil Action No. 21-1133 RGA |
| Plaintiff, | ) | |
| v. | ) | |
| LEVI FISHER, et al. | ) | |
| Defendants. | ) | |

## NOTICE OF VIDEOTAPED DEPOSITION

**PLEASE TAKE NOTICE** that counsel for plaintiff will take the oral deposition of Defendant Amy Anthony on July 20, 2023, beginning at 9:00 a.m. at the ACLU of Delaware, 100 W. 10th St, Wilmington, Delaware 19801. The deposition will be taken before a Notary Public or some other officer duly authorized by law to administer oaths and the deposition will be recorded stenographically and videotaped.

/s/ Dwayne J. Bensing
Dwayne J. Bensing (DE 6754)
ACLU of Delaware
100 W 10th Street #706
Wilmington, DE 19801
(302) 295-2113
dbensing@aclu-de.org
*Attorney for Plaintiff*

Dated: July 12, 2023