# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KARI LYNN OVERINGTON | ) | Civil Action No. 21-1133 |
| | ) | RGA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEVI FISHER, et al. | ) | |
| | ) | |
| Defendants. | | |

## WITHDRAWAL OF APPEARANCE OF STEPHEN J. SHAPIRO

Please withdraw the *pro hac vice* appearance of Stephen J. Shapiro as counsel for Plaintiff, Kari Lynn Overington, in this matter.

Date: August 8, 2023

/s/ *Dwayne Bensing*
Dwayne Bensing, Esq. (#6754)
ACLU Delaware
100 W. 10 Street, Suite 706
Wilmington DE 19801
Telephone: (202) 445-1409
Email: dbensing@aclu-de.org

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following this ## day of August, 2023, via this court's electronic filing system.

George T. Lees III<br>
Deputy Attorney General for DelDOT<br>
Department of Transportation<br>
800 South Bay Road<br>
Dover, DE 19901<br>
George.Lees@Delaware.gov

_____