# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI LYNN OVERINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1133-RGA |
| ) | |
| LEVI FISHER, et al. ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION TO EXTEND TIME TO FILE

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, and subject to this Court's approval, that the time for the parties to file Answering Briefs is extended through and including February 26, 2024, and to file Reply Briefs to Motions for Summary Judgment is extended through and including March 11, 2024.

The Parties are available at the Court's convenience to address any questions the Court may have as to the facts and circumstances which form the basis of this Joint Stipulation.

| | |
|---|---|
| */s/ Dwayne J. Bensing* | /s/ *George T. Lees, III* |
| Dwayne J. Bensing, Legal Director (#6754) | George T. Lees III, I.D. No. 3647 |
| ACLU Delaware | Deputy Attorney General for DelDOT |
| 100 W. 10 Street, Suite 706 | Department of Transportation |
| Wilmington, DE 19801 | 800 South Bay Road |
| Telephone: (302) 295-2113 | Dover, DE 19901 |
| Email: dbensing@aclu-de.org | (302) 760-2022 |
| | George.Lees@delaware.gov |
| Alison R. Gutierrez (Pro Hac Vice) | |
| Whiteford, Taylor & Preston, LLP | *Attorney for Defendants Levi Fisher, Jana* |
| 11 Stanwix Street, Suite 1400 | *Simpler and Nicole Majeski* |
| Pittsburgh, PA 15222 | |
| Telephone: (412) 286-1696 | |
| Email: agutierrez@whitefordlaw.com | |

Theresa E. Loscalzo (Pro Hac Vice)
Dilworth Paxson, LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7049
Email: tloscalzo@dilworthlaw.com

*Attorneys for Plaintiff, Kari Lynn Overington*


IT IS SO ORDERED, this ___5___ day of ___February___, 2024.


       /s/ Richard G. Andrews
_____
UNITED STATES DISTRICT JUDGE