IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI LYNN OVERINGTON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1133-GBW |
| | ) |
| LEVI FISHER, et al., | ) |
| | ) |
| Defendants. | ) |

### [PROPOSED] ORDER ON PLAINTIFF'S ~~UNOPPOSED~~ MOTION FOR AN EXTENSION TO APPLY FOR ATTORNEY FEES

AND NOW, this 22nd day of May 2024, an order is hereby entered granted in favor of an extension for Plaintiff's counsel to file its motion for attorney fees on the following terms:

1. On May 14, 2024, this Court granted Plaintiff's Motion for Summary Judgment (D.I. 60) as to all issues with the exception of monetary damages. This Court denied Defendant's Cross-Motion for Summary Judgment (D.I. 61) as to all issues with the exception of monetary damages. This Court ordered the parties to meet and confer to submit a proposed injunction consistent with this Court's opinion no later than fourteen (14) days from the date of the Order;

2. This Court hereby declares that pursuant to its authority under Federal Rule of Civil Procedure Rule 54(d)(2)(B), the deadline for Plaintiff's motion to collect attorney fees under 42 U.S.C. § 1988 shall be thirty (30) days after the entry of the aforementioned injunction.

SO ORDERED, this 22nd day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 21, 2024

/s/ Dwayne J. Bensing
Dwayne J. Bensing (DE 6754)
ACLU of Delaware
100 W 10th Street #706
Wilmington, DE 19801
(302) 295-2113
dbensing@aclu-de.org
*Attorney for Plaintiff*

SO ORDERED, this ___ day of _____, 20___

_____
UNITED STATES DISTRICT JUDGE