## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI LYNN OVERINGTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1133 GBW |
| ) | |
| ) | |
| LEVI FISHER, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION
### TO FILE PROPOSED INJUNCTION ORDER

Counsel for Defendants Levi Fisher, Jana Simpler and Nicole Majeski hereby makes an unopposed request that this Honorable Court, enter an Order extending the deadline for the parties to submit the proposed injunction order consistent with the Court's opinion until June 11, 2024. Defendants received the Plaintiff's proposed injunction language the morning of May 22, 2024. Given the holiday weekend, necessary individuals previously scheduled vacations and work travel, as well as other unexpected and unanticipated issues, the Defendants request that the Court grant an extension allowing the parties additional time to complete the meet and confer process and submit a proposed injunction order by June 11, 2024. A proposed order and certification are being filed simultaneously with this Motion.

                                      **STATE OF DELAWARE**
                                      **DEPARTMENT OF JUSTICE**

                                      /s/ George T. Lees III
                                      George T. Lees III, I.D. No. 3647
                                      Deputy Attorney General for DelDOT
                                      Department of Transportation
                                      800 South Bay Road
                                      Dover, DE  19901
                                      (302) 760-2022
                                      *Attorney for Defendants*
                                      George.Lees@Delaware.gov

DATED:  May 24, 2024