## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KARI LYNN OVERINGTON      )
                                 )
        Plaintiff,           )
                                 )
        v.                   )      C.A. No. 21-1133 GBW
                                 )
LEVI FISHER, et al.,        )
                                 )
        Defendants.     )

### ORDER

This 28th day of May, 2024, IT IS HEREBY ORDERED that the Motion to Extend the Time to Submit the Proposed Injunction Order is hereby GRANTED. The Parties shall submit any proposed Injunction Order by June 11, 2024

_____
Judge Gregory B. Williams