

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630

August 23, 2024

The Honorable Gregory B. Williams
United States District Court
for the District of Delaware
844 N. King Street
Unit 26
Room 6124
Wilmington, Delaware 19801-3555

      Re:    Kari Lynn Overington v. Levi Fisher, et al
             C.A. No. 21-1133 GBW

Dear Judge Williams:

      The Parties submit this Joint Status Report and are pleased to advise that they have reached a resolution of the Fee Petition filed by Plaintiffs. As such, the Court does not need to consider or render a decision on the Fee Petition (D.I. 86).

      The parties are in the process of working out the manner of payment, with payment to occur within the next 30 days, at which time this matter will be at its conclusion. The parties anticipate filing one (1) final status report once the payment is made so that the Court may annotate the matter as closed at that time unless and until such time Defendants file a Motion to Show Cause why the June 12, 2024 Injunction permanently enjoining the issuance or recall of any individual vanity plate under 21 *Del. C. §* 2121 and 2 *Del. Admin. C. §* 2285 should be lifted.

All parties remain available to address any questions that this Status Report may raise with the Court.

Respectfully submitted,

*/s/ George T. Lees III*
George T. Lees III
Deputy Attorney General for DelDOT
Counsel for Defendants

cc:     Dwayne J. Bensing, Esquire
        Theresa E. Loscalzo, Esquire