

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630

November 22, 2024

The Honorable Gregory B. Williams
United States District Court
for the District of Delaware
844 N. King Street
Unit 26
Room 6124
Wilmington, Delaware 19801-3555

      Re:    Kari Lynn Overington v. Levi Fisher, et al
             C.A. No. 21-1133 GBW

Dear Judge Williams:

      The Parties submit this Joint Status Report and are pleased to advise that they have finalized the resolution of the Fee Petition filed by Plaintiffs (D.I. 86) and this matter is concluded.

      This letter is the Joint Status Report discussed in the prior Joint Status Report filed on August 23, 2024 (D.I. 89). As discussed in the August Joint Status Report, the Court may annotate the matter as Closed. To the extent that there is legislative amendment, which addresses the Court's ruling on the constitutionality of the statutes in question, Defendants may file a Motion to Re-Open the matter in the event they intend to file the previously discussed Motion to Show Cause why the June 12, 2024 Injunction permanently enjoining the issuance or recall of any individual vanity plate under 21 *Del. C.* § 2121 and 2 *Del. Admin. C.* § 2285 should be lifted.

The Honorable Judge Richard G. Andrews
Re:   Kari Lynn Overington v. Levi Fisher, et al
C.A. No. 21-1133 RGA
November 22, 2024
Page 2

    All parties remain available to address any questions that this Status Report may raise with the Court.

                              Respectfully submitted,

                              */s/ George T. Lees III*
                              George T. Lees III
                              Deputy Attorney General for DelDOT
                              Counsel for Defendants

cc:   Dwayne J. Bensing, Esquire
      Theresa E. Loscalzo, Esquire